# U.S. District Court

## Oklahoma Western - Oklahoma City

Receipt Date: Apr 11, 2025 11:50AM

Joshua Welch

Rcpt. No: 500011485                 Trans. Date: Apr 11, 2025 11:50AM                    Cashier ID: #LR (6836)

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 203 | Notice of Appeal/Docketing Fee | 09CR000021 /1<br>John Charles Flectcher | 1 | 605.00 | 605.00 |

| CD | Tender | | | | Amt |
|---|---|---|---|---|---|
| CC | Credit Card | | | | $605.00 |
| | | | | Total Due Prior to Payment: | $605.00 |
| | | | | Total Tendered: | $605.00 |

**Comments**: Notice of Appeal/Docketing Fee Case #:09CR000021, Defendant: John Charles Flectcher, Party #:1

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.